# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK CISNEROS, | Case No.  1:15-cv-01658-LJO-BAM-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF No.14) |
| RUBEN HERNANDEZ, et al., | ORDER DISMISSING DEFENDANT  CDCR |
| Defendants. | |

Plaintiff is appearing with retained counsel in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On January 22, 2016, findings and recommendations were entered, recommending that Defendant CDCR's motion to dismiss be granted.  The parties were provided an opportunity to file objections within twenty days.  No objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the record to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on January 22,

2016, are adopted in full;

    2.    Defendant California Department of Corrections and Rehabilitation is dismissed from this action.

.

IT IS SO ORDERED.

    Dated:  **February 18, 2016**          **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE